Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

9th Cir. No. 13-17154

Case Name: Facebook, Inc.  v.  Power Ventures, Inc., et al.

The Clerk will enter my appearance as counsel on behalf of: Power Ventures, Inc.

☒ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee
☐ Appellee   ☐ Respondent  ☐ Intervenor     ☐ Appellee/Cross-Appellant

Lead counsel must be designated if a party is represented by more than one attorney or law firm.
☒ Check if you are lead counsel

☐ (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm)

I am replacing (name of counsel):

Signature: /s/ Amy Sommer Anderson
Date: 10/28/2013
Name: Amy Sommer Anderson
Address: 156 2nd Street

City: San Francisco  State: CA  Zip Code: 94105
Phone Number (for ex., 4153558000): 4155295148

| | |
|---|---|
| 9th Circuit Case Number(s) | 13-17154 |

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 10/31/2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format): /s/ Amy Sommer Anderson

*********************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

[ ]

Signature (use "s/" format): _____