Office of the Clerk
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s) | 13-17154

Case Name: | Facebook, Inc. | v. | Power Ventures, Inc., et al.

The Clerk will enter my
appearance as counsel on behalf of: | Facebook, Inc.

- [ ] Appellant
- [x] Appellee
- [ ] Petitioner
- [ ] Respondent
- [ ] Amicus Curiae
- [ ] Intervenor
- [ ] Appellant/Cross-Appellee
- [ ] Appellee/Cross-Appellant

- [ ] **Re-Assignment (Optional)** This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm).

I am replacing (name of counsel):

Name | Monte M. F. Cooper

Firm/Office | Orrick, Herrington & Sutcliffe LLP

Address | 1000 Marsh Road

City | Menlo Park | State | CA | Zip Code | 94025-1015

Phone Number (including area code) | 650-614-7400

Signature (use "s/" format) | /s/ Monte M.F. Cooper | Date | 11/26/2013

9th Circuit Case Number(s) | 13-17154

NOTE: For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 11/26/2013 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Monte M. F. Cooper

*********************************************************************************

## CERTIFICATE OF SERVICE
### When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)