UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<div style="border:1px solid">

**FILED**

MAR 11 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

</div>

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | No. 13-17102 |
| Plaintiff - Appellee, | D.C. No. 5:08-cv-05780-LHK U.S. District Court for Northern California, San Jose |
| v. | |
| STEVEN SURAJ VACHANI, pro se, | **ORDER** |
| Defendant - Appellant. | |

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | No. 13-17154 |
| Plaintiff - Appellee, | D.C. No. 5:08-cv-05780-LHK U.S. District Court for Northern California, San Jose |
| v. | |
| POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, pro se, an indvidual, | |
| Defendants - Appellants. | |

The amicus brief submitted by Electronic Frontier Foundation on March 10, 2014 is filed.

Within 7 days of this order, amicus curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to

the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Wayne Price
Deputy Clerk