Nos. 13-17154, 13-17102

IN THE

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

**FACEBOOK, INC.**,

*Plaintiff-Appellee*,

v.

**POWER VENTURES, INC. AND STEVEN VACHANI**,

*Defendants-Appellants*,

---

Appeal from the United States District Court
for the Northern District of California
Case No. 5:08-cv-05780-LHK, Honorable Lucy Koh

---

**DEFENDANT-APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT REPLY BRIEF AND DECLARATION OF AMY SOMMER ANDERSON IN SUPPORT THEREOF**

---

Amy Sommer Anderson
AROPLEX LAW
156 2nd Street
San Francisco, California 94105
Telephone: 415-529-5148
Facsimile: 415-970-5016

Counsel for Defendant-Appellant,
POWER VENTURES, INC.

STEVEN VACHANI
2425B Channing, #216
Berkeley, CA 94704
Telephone: (917) 267-8823

*Pro se* Appellant

## DEFENDANT-APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT REPLY BRIEF

Defendant-Appellants Power Ventures, Inc. and Steven Vachani move for a two-week extension of time in which to file their joint Reply Brief. In support of this motion, Defendant-Appellants state as follows:

1. Defendant-Appellants' optional Reply Brief was originally due June 19, 2014, and is presently due on July 21, 2014.

2. As Defendant-Appellant Steven Vachani has recently welcomed newborn twins and been understandably and necessarily preoccupied, good cause exists to extend Mr. Vachani's Reply Brief filing date. As both Defendant-Appellants filed a joint Opening Brief and intend to file a joint Reply Brief, good cause therefore exists to extend the Reply Brief filing date for both Defendant-Appellants.

3. Defendant-Appellants provided notice to Facebook regarding this motion. Facebook indicated they consent to a two-week extension and will not oppose this motion.

//

//

//

//

## CONCLUSION

For the foregoing reasons, the Court should grant a two-week extension of time for Defendant-Appellants to file their joint Reply Brief.

                                                Respectfully submitted,

                                                AROPLEX LAW

Dated: July 15, 2014                         /s/ Amy Sommer Anderson
                                                Amy Sommer Anderson
                                                Attorney for Defendant-Appellant
                                                Power Ventures, Inc.

FILER'S ATTESTATION: Pursuant to Circuit Rule 25-5(f), I attest under penalty of perjury that all other parties on whose behalf the filing is submitted concur in the filing's content.

                                                Respectfully submitted,

Dated: July 15, 2014

                                             /s/ Amy Sommer Anderson

## DECLARATION OF AMY SOMMER ANDERSON

I, AMY SOMMER ANDERSON, state as follows:

I am counsel for Defendant-Appellant Power Ventures, Inc. in this matter. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the foregoing motion are true and correct to the best of my knowledge and belief.

Executed this 15th day of July, 2014, in San Francisco, California.

    /s/ Amy Sommer Anderson
Attorney for Defendant-Appellant
Power Ventures, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on July 16, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

_____/s/ Amy Sommer Anderson_____
Attorney for Defendant-Appellant
Power Ventures, Inc.
