## II. CASE BACKGROUND

5. Facebook is a social networking site founded in February 2004.[1] Facebook developed and operates one of the most popular social networking sites on the Internet that connects people with their friends, family, and co-workers.[2] Presently, Facebook has over 800 million active users.[3]

6. Power began operations in 2006.[4] According to its founder, Mr. Steven Vachani, in late 2008, Power offered browsing capabilities that provided "users value added features across their Internet experience."[5]

7. In its First Amended Complaint (the "Complaint"), Facebook alleges that starting in late 2008 and continuing into early 2009 (the "Relevant Period"), Power engaged in numerous unauthorized activities, including:

   a. conducting commercial activity on Facebook's website;

   b. using user accounts to access Facebook's computer systems;

   c. storing Facebook user passwords outside Facebook's network, and outside the control of Facebook's security staff; and

   d. using automated scripts to collect information from or otherwise interact with Facebook's website or to access Facebook's computers to scrape user data and display it on Power's website.[6]

8. As a result of these alleged unauthorized activities during the Relevant Period, Facebook claims that Power violated several laws, including the:

   a. Controlling the Assault of Non-Solicited Pornography And Marketing ("CAN-SPAM") Act (15 U.S.C., Section 7701);

   b. Computer Fraud and Abuse Act (18 U.S.C., Section 1030); and

---

[1] http://www.facebook.com/facebook.
[2] First Amended Complaint, filed January 13, 2009, page 2.
[3] Declaration of Mr. Ryan McGeehan, dated November 13, 2011, page 1.
[4] Deposition of Mr. Steven Vachani, dated July 20, 2011, page 21.
[5] POWER 2011.02.03.0000082.
[6] First Amended Complaint, filed January 13, 2009, pages 10-11. The Complaint (page 3) indicates Power's unauthorized activities continued as of the filing date.

2

Court of Appeals No. 13-17154, 13-17102

*Facebook, Inc v. Power Ventrues, Inc, et al.*

_____

INDEX
APPELANTS' SUPPLEMENTAL EXCERPTS OF RECORD

| Date | Dkt. No. | Page No. | Document |
|---|---|---|---|
| 12/19/2011 | N/A | 1-2 | Expert report prepared for Facebook by Richard J. Ostiller of Navigant Consulting, Inc. (excerpt) |

FACEBOOK, INC.,

PLAINTIFF,

V.

POWER VENTURES, INC. DBA POWER.COM, ET AL,

DEFENDANTS

---

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO. C-08-05780-JW

EXPERT REPORT OF RICHARD J. OSTILLER

NAVIGANT CONSULTING, INC.

DECEMBER 19, 2011

_(signature)_
RICHARD J. OSTILLER

Highly Confidential – Attorneys' Eyes Only

## II. CASE BACKGROUND

5. Facebook is a social networking site founded in February 2004.[1] Facebook developed and operates one of the most popular social networking sites on the Internet that connects people with their friends, family, and co-workers.[2] Presently, Facebook has over 800 million active users.[3]

6. Power began operations in 2006.[4] According to its founder, Mr. Steven Vachani, in late 2008, Power offered browsing capabilities that provided "users value added features across their Internet experience."[5]

7. In its First Amended Complaint (the "Complaint"), Facebook alleges that starting in late 2008 and continuing into early 2009 (the "Relevant Period"), Power engaged in numerous unauthorized activities, including:

   a. conducting commercial activity on Facebook's website;

   b. using user accounts to access Facebook's computer systems;

   c. storing Facebook user passwords outside Facebook's network, and outside the control of Facebook's security staff; and

   d. using automated scripts to collect information from or otherwise interact with Facebook's website or to access Facebook's computers to scrape user data and display it on Power's website.[6]

8. As a result of these alleged unauthorized activities during the Relevant Period, Facebook claims that Power violated several laws, including the:

   a. Controlling the Assault of Non-Solicited Pornography And Marketing ("CAN-SPAM") Act (15 U.S.C., Section 7701);

   b. Computer Fraud and Abuse Act (18 U.S.C., Section 1030); and

---

[1] http://www.facebook.com/facebook.
[2] First Amended Complaint, filed January 13, 2009, page 2.
[3] Declaration of Mr. Ryan McGeehan, dated November 13, 2011, page 1.
[4] Deposition of Mr. Steven Vachani, dated July 20, 2011, page 21.
[5] POWER 2011.02.03.0000082.
[6] First Amended Complaint, filed January 13, 2009, pages 10-11. The Complaint (page 3) indicates Power's unauthorized activities continued as of the filing date.

2

Highly Confidential – Attorneys' Eyes Only

DSER-2