**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 07 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, pro se, an indvidual,<br><br>　　　　Defendants - Appellants. | Nos. 13-17102 and 13-17154<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California, San Jose<br><br>ORDER |

The appellant's motion for leave to file a late joint reply brief is granted.

The Clerk shall file the previously submitted reply brief.

　　　　　　　　　　For the Court:

　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　Clerk of the Court:

　　　　　　　　　　Cathie A. Gottlieb
　　　　　　　　　　Deputy Clerk
　　　　　　　　　　Ninth Cir. R. 27-7/Advisory Note to Rule 27
　　　　　　　　　　　and Ninth Circuit 27-10

Cag/08/04/14/Pro Mo