

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500
WWW.ORRICK.COM

May 20, 2015

Eric A. Shumsky
(202) 339-8464
eshumsky@orrick.com

*VIA ECF*

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

Re: Nos. 13-17102, 13-17154, *Facebook, Inc. v. Power Ventures, Inc.*

Dear Ms. Dwyer:

    I am lead counsel for Facebook, Inc., the plaintiff-appellee in this case. I write to inform the Court that I will be unavailable for oral argument during the month of August 2015 because of previously scheduled travel plans. This is a long-scheduled family vacation that is prepaid and nonrefundable. I respectfully request that, if possible, argument not be scheduled for the August calendar.

    Please contact me should you have any questions.

Very truly yours,

*/s/ Eric A. Shumsky*

Eric A. Shumsky