**FILED**

**NOV 05 2015**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> STEVEN SURAJ VACHANI, pro se, <br><br> Defendant - Appellant. | No. 13-17102 <br><br> D.C. No. 5:08-cv-05780-LHK <br> Northern District of California, San Jose <br><br> ORDER |
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, pro se, an indvidual, <br><br> Defendants - Appellants. | No. 13-17154 <br><br> D.C. No. 5:08-cv-05780-LHK <br> Northern District of California, San Jose |

In these cases the court is of the opinion that the facts and legal argument with respect to Appellant Steven Suraj Vachani are adequately presented in the briefs and record and that the decisional process would not be aided significantly by oral argument. That portion of the cases is ordered submitted on the briefs and

record, without oral argument, as of December 9, 2015. See Fed. R. App. P. 34(a). All issues with respect to Appellant Power Ventures, Inc., shall remain scheduled for oral argument on December 9, 2015, at 9 a.m. in San Francisco, California. The court will hear from Appellant Power Ventures, Inc., and Appellee Facebook, Inc.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Allison Fung
        Deputy Clerk