FILED

NOV 05 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> STEVEN SURAJ VACHANI, pro se, <br><br> Defendant - Appellant. | No. 13-17102 <br><br> D.C. No. 5:08-cv-05780-LHK <br> Northern District of California, San Jose <br><br> ORDER |
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, pro se, an indvidual, <br><br> Defendants - Appellants. | No. 13-17154 <br><br> D.C. No. 5:08-cv-05780-LHK <br> Northern District of California, San Jose |

The motion of amicus curiae Electronic Frontier Foundation ("EFF") for leave to participate in oral argument is GRANTED in part. EFF shall be allotted 5 minutes of Appellant Power Ventures, Inc.'s time, leaving 15 minutes to Appellant

Power Ventures, Inc. Appellee Facebook, Inc., shall be allotted 20 minutes of argument time.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Allison Fung
        Deputy Clerk