**FILED**

UNITED STATES COURT OF APPEALS

DEC 01 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> STEVEN SURAJ VACHANI, pro se, <br><br> Defendant - Appellant. | No. 13-17102 <br><br> D.C. No. 5:08-cv-05780-LHK <br> Northern District of California, San Jose <br><br> ORDER |
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, pro se, an indvidual, <br><br> Defendants - Appellants. | No. 13-17154 <br><br> D.C. No. 5:08-cv-05780-LHK <br> Northern District of California, San Jose |

Defendant-Appellant Vachani's Motion for Reconsideration to Allow Vachani Time for Oral Argument is GRANTED. Defendant-Appellant Vachani shall be allotted 5 minutes of argument time in addition to the time allotted to the other parties and to the amicus.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk