FILED

**NOT FOR PUBLICATION**

JUL 22 2016

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>POWER VENTURES, INC., dba Power.com, a California corporation; POWER VENTURES, INC., a Cayman Island corporation,<br><br>        Defendants,<br><br> and<br><br>STEVEN SURAJ VACHANI, an individual,<br><br>        Defendant - Appellant. | No. 13-17102<br><br>D.C. No. 5:08-cv-05780-LHK<br><br><br>ORDER |
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>POWER VENTURES, INC., dba Power.com, a California corporation, | No. 13-17154<br><br>D.C. No. 5:08-cv-05780-LHK |

Defendant,

and

POWER VENTURES, INC., a Cayman
Island corporation; and STEVEN SURAJ
VACHANI, an individual,

Defendants - Appellants.

Before: GRABER, WARDLAW, and MURGUIA, Circuit Judges.

The unopposed motion for an extension of time to August 9, 2016, to file a

petition for panel rehearing and rehearing en banc is GRANTED.