FILED

UNITED STATES COURT OF APPEALS

MAY 09 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | No. 13-17102 |
| Plaintiff - Appellee, | D.C. No. 5:08-cv-05780-LHK Northern District of California, San Jose |
| v. | |
| POWER VENTURES, INC., dba Power.com, a California corporation; POWER VENTURES, INC., a Cayman Island corporation, | ORDER |
| Defendants, | |
| and | |
| STEVEN SURAJ VACHANI, an individual, | |
| Defendant - Appellant. | |
| FACEBOOK, INC., a Delaware corporation, | No. 13-17154 |
| Plaintiff - Appellee, | D.C. No. 5:08-cv-05780-LHK Northern District of California, San Jose |
| v. | |
| POWER VENTURES, INC., dba Power.com, a California corporation, | |
| Defendant, | |
| and | |

POWER VENTURES, INC., a Cayman Island corporation, and STEVEN SURAJ VACHANI, an indvidual,

        Defendants - Appellants.

Before: GRABER, WARDLAW, and MURGUIA, Circuit Judges.

Appellee's Unopposed Request for an Exemption From Circuit Rule 46-5 for Hannah R. Garden-Monheit is GRANTED.